UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

JUN 7 2001

U. S. DISTRICT COURT
E. DISTRICT OF MO.

UNITED STATES OF AMERICA,          )
                                   )
            Plaintiff,             )
                                   )
      v.                           )          No. 4:01 CR 209 CAS
                                   )                         DDN
MAKSYM I. POPOV,                   )
                                   )
            Defendant.             )

## ORDER

**IT IS HEREBY ORDERED** that the unopposed motion of defendant for an extension of time in which to file pretrial motions is sustained.  The parties may have until June 14, 2001, to file said motions.

_____
**DAVID D. NOCE**
**UNITED STATES MAGISTRATE JUDGE**

Signed this ___7th___ day of June, 2001.



UNITED STATES DISTRICT COURT -- EASTERN MISSOURI
INTERNAL RECORD KEEPING


AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 06/07/01 by dbraun
                    4:01cr209     USA vs Popov


COPIES FAXED AND/OR MAILED TO THE PARTIES LISTED BELOW AND THE
UNITED STATES PROBATION OFFICE AND UNITED STATES PRETRIAL SERVICE OFFICE.
IF THIS IS A JUDGMENT IN A CRIMINAL CASE SEND CERTIFIED COPIES TO THE
FOLLOWING:      4 Certified Copies to USM
                2 Certified Copies to USP
                1 Copy to Financial
                1 Copy to O.S.U.

William Margulis - 3744          Fax: 314-721-1710
Patricia McGarry -               Fax: 314-539-7695


SCANNED & FAXED BY:

JUN 0 7 2001

DJO