

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:01 CR 209 CAS |
| ) | DDN |
| MAKSYM I. POPOV, ) | |
| ) | |
| Defendant. ) | |

### ORDER

**IT IS HEREBY ORDERED** that a hearing in this matter is scheduled for Friday, June 15, 2001, at 3:00 p.m.

_/s/ David D. Noce_
**DAVID D. NOCE**
**UNITED STATES MAGISTRATE JUDGE**

Signed this 14th day of June, 2001.



UNITED STATES DISTRICT COURT EASTERN MISSOURI
INTERNAL RECORD KEEPING


AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE FOLLOWING INDIVIDUALS ON 06/14/01 by lkresko
4:01cr209     USA vs Popov


COPIES FAXED AND/OR MAILED TO THE PARTIES LISTED BELOW AND THE
UNITED STATES PROBATION OFFICE AND UNITED STATES PRETRIAL SERVICE OFFICE.
IF THIS IS A JUDGMENT IN A CRIMINAL CASE SEND CERTIFIED COPIES TO THE
FOLLOWING:    4 Certified Copies to USM
              2 Certified Copies to USP
              1 Copy to Financial
              1 Copy to O.S.U.

William Margulis -  3744        Fax: 314-721-1710
Patricia McGarry -              Fax: 314-539-7695


SCANNED & FAXED BY:

JUN 1 4 2001

**MJM**