UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
JUN 15 2001
U.S. DISTRICT COURT
E. DISTRICT OF MO.

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>          Plaintiff,              )<br>                                  )<br>     v.                           )<br>                                  )<br>MAKSYM I. POPOV,                  )<br>                                  )<br>          Defendant.              ) | No. 4:01 CR 209 CAS<br>                DDN |

### ORDER

**IT IS HEREBY ORDERED** that William S. Margulis is relieved of his appointment to represent defendant in this action, following his filing with the Clerk the pretrial motions he had previously prepared for filing in this case.

**IT IS FURTHER ORDERED** that the evidentiary hearing set for June 18, 2001, is vacated.

**IT IS FURTHER ORDERED** that the Federal Public Defender for this District is appointed to represent Maksym I. Popov in this matter.

**IT IS FURTHER ORDERED** that newly appointed counsel for defendant may have until July 6, 2001, to file any additional pretrial motions.

/s/ David D. Noce
**DAVID D. NOCE**
**UNITED STATES MAGISTRATE JUDGE**

Signed this  15th  day of June, 2001.

UNITED STATES DISTRICT COURT EASTERN MISSOURI
INTERNAL RECORD KEEPING


AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 06/15/01 by kstamm
               4:01cr209    USA vs Popov


COPIES FAXED AND/OR MAILED TO THE PARTIES LISTED BELOW AND THE
UNITED STATES PROBATION OFFICE AND UNITED STATES PRETRIAL SERVICE OFFICE.
IF THIS IS A JUDGMENT IN A CRIMINAL CASE SEND CERTIFIED COPIES TO THE
FOLLOWING:    4 Certified Copies to USM
               2 Certified Copies to USP
               1 Copy to Financial
               1 Copy to O.S.U.

 Fed Public Defender -         Fax: 314-421-3177
William Margulis -  3744      Fax: 314-721-1710
Patricia McGarry -           Fax: 314-539-7695

SCANNED & FAXED BY:

JUN 15 2001

MJM