UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

**JUN 1 8 2001**

**U. S. DISTRICT COURT**
**E. DISTRICT OF MO.**

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>         Plaintiff,               )<br>                                  )<br>    v.                            )<br>                                  )<br>MAKSYM I. POPOV,                  )<br>                                  )<br>         Defendant.               ) | No. 4:01 CR 209 CAS<br>                   DDN |

**ORDER**

**IT IS HEREBY ORDERED** that the evidentiary hearing is reset to **Monday, July 23, 2001, at 2:00 p.m.**

_____
**DAVID D. NOCE**
**UNITED STATES MAGISTRATE JUDGE**

Signed this  18th  day of June, 2001.

UNITED STATES DISTRICT COURT EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE FOLLOWING INDIVIDUALS ON 06/19/01 by dbraun
               4:01cr209     USA vs Popov

COPIES FAXED AND/OR MAILED TO THE PARTIES LISTED BELOW AND THE
UNITED STATES PROBATION OFFICE AND UNITED STATES PRETRIAL SERVICE OFFICE.
IF THIS IS A JUDGMENT IN A CRIMINAL CASE SEND CERTIFIED COPIES TO THE
FOLLOWING:    4 Certified Copies to USM
                 2 Certified Copies to USP
                 1 Copy to Financial
                 1 Copy to O.S.U.

| | |
|---|---|
| Fed Public Defender - | Fax: 314-421-3177 |
| William Margulis - 3744 | Fax: 314-721-1710 |
| Patricia McGarry - | Fax: 314-539-7695 |

SCANNED & FAXED BY:

JUN 19 2001

**DJO**