UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:01 CR 209 CAS |
| ) | DDN |
| MAKSYM I. POPOV, ) | |
| ) | |
| Defendant. ) | |

<u>ORDER</u>

**IT IS HEREBY ORDERED** that the motion of defendant to continue hearing date is sustained.  The evidentiary hearing is reset from July 23 to **Thursday, September 6, 2001, at 1:00 p.m.**  Pretrial motions shall be filed by August 27, 2001.

_____
**DAVID D. NOCE**
**UNITED STATES MAGISTRATE JUDGE**

Signed this  25th  day of June, 2001.



UNITED STATES DISTRICT COURT EASTERN MISSOURI
INTERNAL RECORD KEEPING


AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 06/26/01 by lkresko
               4:01cr209     USA vs Popov


COPIES FAXED AND/OR MAILED TO THE PARTIES LISTED BELOW AND THE
UNITED STATES PROBATION OFFICE AND UNITED STATES PRETRIAL SERVICE OFFICE.
IF THIS IS A JUDGMENT IN A CRIMINAL CASE SEND CERTIFIED COPIES TO THE
FOLLOWING:    4 Certified Copies to USM
              2 Certified Copies to USP
              1 Copy to Financial
              1 Copy to O.S.U.

 Fed Public Defender -             Fax: 314-421-3177
William Margulis -  3744          Fax: 314-721-1710
Patricia McGarry -              Fax: 314-539-7695


SCANNED & FAXED BY
JUN 2 6 20
C. D. D.