IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| vs. | ) No. 4:01 CR 209 CAS (DDN) |
| MAKSYM I. POPOV, | ) |
| Defendant. | ) |



FILED
JUN 2 2 2001
U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

FILED
JUN 2 5 2001
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

## DEFENDANT'S MOTION TO CONTINUE TRIAL DATE

COMES NOW Kevin C. Curran, attorney for defendant Maksym I. Popov and moves the court to continue the current trial setting of July 2, 2001. Said request is made pursuant to 18 U.S.C. Section 3161(h)(a)(A) in that such a continuance serves the interests of justice and outweighs the best interests of the defendant in a speedy trial. In support of this motion, counsel states:

1. Counsel was recently appointed to represent Mr. Popov on June 19, 2001.

2. Counsel's first meeting with defendant was on June 20, 2001.

3. Counsel was appointed because Mr. Popov's prior attorney, William Margulis was allowed to withdraw at Mr. Popov's request. There is a significant volume of discovery which includes hundreds of pages of written reports and approximately fifty seven cassette tapes of recorded conversations that relate to defendant's charge. Counsel further believes that, due to the volume of discovery and the nature of the charge which involves allegations of extortion through the use of computers and the Internet, that this litigation

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE FOLLOWING INDIVIDUALS ON 06/26/01 by lkresko
4:01cr209    USA vs Popov

COPIES FAXED AND/OR MAILED TO THE PARTIES LISTED BELOW AND THE
UNITED STATES PROBATION OFFICE AND UNITED STATES PRETRIAL SERVICE OFFICE.
IF THIS IS A JUDGMENT IN A CRIMINAL CASE SEND CERTIFIED COPIES TO THE
FOLLOWING:    4 Certified Copies to USM
              2 Certified Copies to USP
              1 Copy to Financial
              1 Copy to O.S.U.

| | |
|---|---|
| Fed Public Defender - | Fax: 314-421-3177 |
| William Margulis -  3744 | Fax: 314-721-1710 |
| Patricia McGarry - | Fax: 314-539-7695 |

SCANNED & FAXED BY:
JUN 2 6 2001
C. D. D.