UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
JUN 2 6 '01
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>　　　　　　　　　　　　　　)<br>　　　　　　Plaintiff,　　　)<br>　　　　　　　　　　　　　　)<br>　　v.　　　　　　　　　　　)　　No. 4:01-CR-209 CAS<br>　　　　　　　　　　　　　　)<br>MAKSYM I. POPOV,　　　　　)<br>　　　　　　　　　　　　　　)<br>　　　　　　Defendant.　　　) | |

### ORDER

At the request of counsel,

**IT IS HEREBY ORDERED** that the trial setting of this matter scheduled July 2, 2001 is **VACATED**.

**IT IS FURTHER ORDERED** that the trial is **RESET** on the Court's docket for **October 1, 2001 at 9:00 a.m. in Courtroom 12-N.**

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　**CHARLES A. SHAW**
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

Dated this 26th day of June, 2001.



UNITED STATES DISTRICT COURT EASTERN MISSOURI
INTERNAL RECORD KEEPING


AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE FOLLOWING INDIVIDUALS ON 06/26/01 by lkresko
          4:01cr209     USA vs Popov


COPIES FAXED AND/OR MAILED TO THE PARTIES LISTED BELOW AND THE
UNITED STATES PROBATION OFFICE AND UNITED STATES PRETRIAL SERVICE OFFICE.
IF THIS IS A JUDGMENT IN A CRIMINAL CASE SEND CERTIFIED COPIES TO THE
FOLLOWING:     4 Certified Copies to USM
               2 Certified Copies to USP
               1 Copy to Financial
               1 Copy to O.S.U.

| | |
|---|---|
| Fed Public Defender - | Fax: 314-421-3177 |
| William Margulis -  3744 | Fax: 314-721-1710 |
| Patricia McGarry - | Fax: 314-539-7695 |

SCANNED & FAXED BY:
JUN 2 6 2001
C. D. D.