FILED

AUG 16 2001

U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 4:01 CR 209 CAS (DDN) |
| MAKSYM I. POPOV, | ) ) ) |
| Defendant. | ) |

*Granted,
Trial Continued
to 11/5/01 at 9:00 a.m.*

*8/16/01*

## DEFENDANT'S MOTION TO CONTINUE TRIAL DATE

COMES NOW Kevin C. Curran, attorney for defendant Maksym I. Popov and moves the court to continue the current trial setting of October 1, 2001. Motions are set for September 5, 2001. Said request is made pursuant to 18 U.S.C. Section 3161(h)(a)(A) in that such a continuance serves the interests of justice and outweighs the best interests of the defendant in a speedy trial. In support of this motion, counsel states:

1. Counsel was appointed to represent Mr. Popov on June 19, 2001.

2. In addition to the above-styled cause, two other federal jurisdictions are considering charging Defendant with acts similar to the acts alleged in this District's Indictment.

3. Counsel needs additional time to review the documents and recorded discovery that the government has provided. Counsel also needs to consult with Mr. Popov regarding possible charges in other jurisdictions and how they effect this charge. Additional time is also needed to consult with the government regarding any settlement negotiations.

(26)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 08/17/01 by gbeckeme
                4:01cr209    USA vs Popov

COPIES FAXED AND/OR MAILED TO THE PARTIES LISTED BELOW AND THE
UNITED STATES PROBATION OFFICE AND UNITED STATES PRETRIAL SERVICE OFFICE.
IF THIS IS A JUDGMENT IN A CRIMINAL CASE SEND CERTIFIED COPIES TO THE
FOLLOWING:    4 Certified Copies to USM
              2 Certified Copies to USP
              1 Copy to Financial
              1 Copy to O.S.U.

| | |
|---|---|
| Fed Public Defender - | Fax: 314-421-3177 |
| William Margulis - 3744 | Fax: 314-721-1710 |
| Patricia McGarry - | Fax: 314-539-7695 |

SCANNED & FAXED BY:
AUG 1 7 2001
C. D. D.