FILED

AUG 1 6 2001

U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 4:01-CR-209 CAS |
| MAKSYM I. POPOV, | ) | |
| Defendant. | ) | |

<u>ORDER</u>

At the request of counsel,

**IT IS HEREBY ORDERED** that the trial setting of this matter scheduled October 1, 2001 is **VACATED**.

**IT IS FURTHER ORDERED** that the trial is **RESET** on the Court's docket for **November 5, 2001 at 9:00 a.m. in Courtroom 12-N**.

_____
**CHARLES A. SHAW
UNITED STATES DISTRICT JUDGE**

Dated this 16th day of August, 2001.



UNITED STATES DISTRICT COURT EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 08/17/01 by gbeckeme
               4:01cr209    USA vs Popov

COPIES FAXED AND/OR MAILED TO THE PARTIES LISTED BELOW AND THE
UNITED STATES PROBATION OFFICE AND UNITED STATES PRETRIAL SERVICE OFFICE.
IF THIS IS A JUDGMENT IN A CRIMINAL CASE SEND CERTIFIED COPIES TO THE
FOLLOWING:    4 Certified Copies to USM
                2 Certified Copies to USP
                1 Copy to Financial
                1 Copy to O.S.U.

| | |
|---|---|
| Fed Public Defender - | Fax: 314-421-3177 |
| William Margulis - 3744 | Fax: 314-721-1710 |
| Patricia McGarry - | Fax: 314-539-7695 |

SCANNED & FAXED BY:
AUG 17 2001
C. D. D.