UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
AUG 21 2001
U. S. DISTRICT COURT
E. DISTRICT OF MO.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:01 CR 209 CAS |
| | ) | DDN |
| MAKSYM I. POPOV, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

**IT IS HEREBY ORDERED** that the motion of defendant to continue hearing date is sustained. The evidentiary hearing is reset from September 6 to **Tuesday, October 2, 2001, at 10:00 a.m.** Pretrial motions shall be filed by September 21, 2001.

/s/ David D. Noce
DAVID D. NOCE
**UNITED STATES MAGISTRATE JUDGE**

Signed this 21st day of August, 2001.

#29

UNITED STATES DISTRICT COURT EASTERN MISSOURI
INTERNAL RECORD KEEPING


AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 08/21/01 by dbraun
                4:01cr209    USA vs Popov


COPIES FAXED AND/OR MAILED TO THE PARTIES LISTED BELOW AND THE
UNITED STATES PROBATION OFFICE AND UNITED STATES PRETRIAL SERVICE OFFICE.
IF THIS IS A JUDGMENT IN A CRIMINAL CASE SEND CERTIFIED COPIES TO THE
FOLLOWING:    4 Certified Copies to USM
              2 Certified Copies to USP
              1 Copy to Financial
              1 Copy to O.S.U.

Fed Public Defender -            Fax: 314-421-3177
William Margulis -  3744       Fax: 314-721-1710
Patricia McGarry -             Fax: 314-539-7695

SCANNED & FAXED BY:
AUG 2 1 2001
MJM