RECEIVED
AUG 29 2001
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

AUG 29 2001
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| vs. | ) No. 4:01 CR 209 CAS (DDN) |
| MAKSYM I. POPOV, | ) |
| Defendant. | ) |

Leave Granted
8/31/01

FILED
AUG 31 2001
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

## WAIVER OF SPEEDY TRIAL

Comes now Defendant, Maksym I. Popov, and executes this Waiver of Speedy Trial, 18 U.S.C. §§3161, *et seq.* He further states that he has been advised by counsel and understands that the statute, commonly known as the Speedy Trial Act, provides time limits to insure that a criminal case proceeds to a conclusion without unnecessary delay at any stage; that ordinarily a trial is scheduled to start not less than thirty (30) days from the date when the Defendant first appeared with counsel or more than seventy (70) days from the time the Defendant entered a plea of not guilty; and that certain periods of delay would be excluded from calculating the seventy (70) day limitation.

Defendant further states to the Court that he believes that the ends of justice would be best served by executing said waiver and such waiver would outweigh the interests of the public and the Defendant to a speedy trial.

Wherefore, Defendant moves this Court to accept this waiver of his rights under the

UNITED STATES DISTRICT COURT EASTERN MISSOURI
INTERNAL RECORD KEEPING


AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 09/06/01 by dbraun
    4:01cr209    USA vs Popov


COPIES FAXED AND/OR MAILED TO THE PARTIES LISTED BELOW AND THE
UNITED STATES PROBATION OFFICE AND UNITED STATES PRETRIAL SERVICE OFFICE.
IF THIS IS A JUDGMENT IN A CRIMINAL CASE SEND CERTIFIED COPIES TO THE
FOLLOWING:    4 Certified Copies to USM
              2 Certified Copies to USP
              1 Copy to Financial
              1 Copy to O.S.U.

 Fed Public Defender -              Fax: 314-421-3177
William Margulis -  3744            Fax: 314-721-1710
Patricia McGarry -                  Fax: 314-539-7695


SCANNED & FAXED BY:

SEP X 6 2001

MJM