U.S.
vs.
Marsyu Popov

No. 4:01CR 209 CAS

**United States District Court**

Eastern District of Missouri

_granted to 1/7/02_

**MEMORANDUM FOR CLERK**

9/25/01

Comes now Defendant and requests the above styled cause be continued from the Nov 5, 2001 trial date. Additional time is needed to prepare for trial, the Government does not oppose this request.

Kevin C. Cur___
Asst Fed P.D.
Atty for Defendant

Attorney for Plaintiff / Defendant

33

UNITED STATES DISTRICT COURT EASTERN MISSOURI
INTERNAL RECORD KEEPING


AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 09/25/01 by jjones
             4:01cr209    USA vs Popov


COPIES FAXED AND/OR MAILED TO THE PARTIES LISTED BELOW AND THE
UNITED STATES PROBATION OFFICE AND UNITED STATES PRETRIAL SERVICE OFFICE.
IF THIS IS A JUDGMENT IN A CRIMINAL CASE SEND CERTIFIED COPIES TO THE
FOLLOWING:    4 Certified Copies to USM
               2 Certified Copies to USP
               1 Copy to Financial
               1 Copy to O.S.U.

| | |
|---|---|
| Fed Public Defender - | Fax: 314-421-3177 |
| William Margulis - 3744 | Fax: 314-721-1710 |
| Patricia McGarry - | Fax: 314-539-7695 |


SCANNED & FAXED BY:

SEP 2 7 2001

DJO