UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:01-CR-209 CAS |
| MAKSYM I. POPOV, | ) ) ) | |
| Defendant. | ) | |

<u>ORDER</u>

At the request of counsel,

**IT IS HEREBY ORDERED** that the trial setting of this matter scheduled **November 5, 2001, is VACATED**.

**IT IS FURTHER ORDERED** that the trial is **RESET** on the Court's docket for **January 7, 2002, at 9:00 a.m. in Courtroom 12-N**.

_____
CHARLES A. SHAW
**UNITED STATES DISTRICT JUDGE**

Dated this 25th day of September, 2001.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
INTERNAL RECORD KEEPING


AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 09/25/01 by jjones
        4:01cr209     USA vs Popov


COPIES FAXED AND/OR MAILED TO THE PARTIES LISTED BELOW AND THE
UNITED STATES PROBATION OFFICE AND UNITED STATES PRETRIAL SERVICE OFFICE.
IF THIS IS A JUDGMENT IN A CRIMINAL CASE SEND CERTIFIED COPIES TO THE
FOLLOWING:    4 Certified Copies to USM
              2 Certified Copies to USP
              1 Copy to Financial
              1 Copy to O.S.U.

```
 Fed Public Defender -              Fax: 314-421-3177
William Margulis -   3744           Fax: 314-721-1710
Patricia McGarry -                  Fax: 314-539-7695
```

SCANNED & FAXED BY:

SEP 2 7 2001

DJO