UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
OCT 3 2001
U. S. DISTRICT COURT
E. DISTRICT OF MO.

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:01 CR 209 CAS |
| ) | DDN |
| MAKSYM I. POPOV, ) | |
| ) | |
| Defendant. ) | |

## ORDER

**IT IS HEREBY ORDERED** that a telephone status conference of the court with counsel is scheduled for November 6, 2001, at 9:00 a.m.

_____
DAVID D. NOCE
**UNITED STATES MAGISTRATE JUDGE**

Signed this **3rd** day of October, 2001.

UNITED STATES DISTRICT COURT EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 10/05/01 by kstamm
        4:01cr209    USA vs Popov

COPIES FAXED AND/OR MAILED TO THE PARTIES LISTED BELOW AND THE
UNITED STATES PROBATION OFFICE AND UNITED STATES PRETRIAL SERVICE OFFICE.
IF THIS IS A JUDGMENT IN A CRIMINAL CASE SEND CERTIFIED COPIES TO THE
FOLLOWING:    4 Certified Copies to USM
              2 Certified Copies to USP
              1 Copy to Financial
              1 Copy to O.S.U.

| | | |
|---|---|---|
| Fed Public Defender - | | Fax: 314-421-3177 |
| William Margulis - | 3744 | Fax: 314-721-1710 |
| Patricia McGarry - | | Fax: 314-539-7695 |

SCANNED & FAXED BY:

OCT X 5 2001

**MJM**