

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | No. 4:00 CR 209 CAS |
| ) | DDN |
| MAKSYM I. POPOV, ) | |
| Defendant. ) | |

### REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

This action is before the court upon the pretrial motions of the parties which were referred to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(b). An evidentiary hearing was set for October 3, 2000.

On October 3, 2001, defendant appeared in open court, with counsel, and advised the undersigned that, because he and the government were conducting pretrial negotiations, he had decided to withdraw the pretrial motions he had previously filed and not to participate in an evidentiary hearing.

Upon this record,

**IT IS HEREBY RECOMMENDED** that the motions of defendant to suppress illegally obtained electronic surveillance evidence and to produce materials related to said evidence (Doc. No. 15), to suppress evidence (tangible objects) (Doc. No. 14), and to suppress statements (Doc. No. 13) be denied as moot.

The parties are advised they have ten (10) days to file written objections to this Report and Recommendation. The failure to file objections may result in a waiver of the right to appeal issues of fact.


/s/ David D. Noce
**UNITED STATES MAGISTRATE JUDGE**


Signed this **3rd** day of October, 2001.

UNITED STATES DISTRICT COURT EASTERN MISSOURI
INTERNAL RECORD KEEPING


AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 10/05/01 by kstamm
          4:01cr209    USA vs Popov


COPIES FAXED AND/OR MAILED TO THE PARTIES LISTED BELOW AND THE
UNITED STATES PROBATION OFFICE AND UNITED STATES PRETRIAL SERVICE OFFICE.
IF THIS IS A JUDGMENT IN A CRIMINAL CASE SEND CERTIFIED COPIES TO THE
FOLLOWING:     4 Certified Copies to USM
               2 Certified Copies to USP
               1 Copy to Financial
               1 Copy to O.S.U.

 Fed Public Defender -            Fax: 314-421-3177
William Margulis -  3744          Fax: 314-721-1710
Patricia McGarry -                Fax: 314-539-7695


SCANNED & FAXED BY:

OCT X 5 2001

MJM