FILED
NOV 14 2001
U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 4:01-CR-209 CAS |
| v. ) | |
| ) | |
| MAKSYM I. POPOV, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on various pretrial matters. Pursuant to 28 U.S.C. § 636(b), this Court referred all pretrial matters to United States Magistrate Judge David D. Noce. On October 3, 2001, defendant waived his right to file pretrial motions and to have a hearing on any motions filed, and withdrew all previously filed motions. On the same day, Judge Noce issued a Report and Recommendation of United States Magistrate Judge which recommended that defendant's motions be denied as moot.

No objections have been filed to the Magistrate Judge's Report and Recommendation. The Court has carefully and independently reviewed the record of this matter, and will adopt the Report and Recommendation.

Accordingly, after careful review,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge is **sustained, adopted** and **incorporated** herein. [Doc. 38]

**IT IS FURTHER ORDERED** that defendant's motion to suppress statements, motion to suppress evidence (tangible objects), and motion to suppress illegally obtained electronic

43

surveillance evidence and to produce materials related to said evidence, are **DENIED as moot**.

[Doc. 13, 14, 15]

*(signature)*

**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  14th  day of November, 2001.

UNITED STATES DISTRICT COURT EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE FOLLOWING INDIVIDUALS ON 11/15/01 by jjones
               4:01cr209    USA vs Popov

COPIES FAXED AND/OR MAILED TO THE PARTIES LISTED BELOW AND THE
UNITED STATES PROBATION OFFICE AND UNITED STATES PRETRIAL SERVICE OFFICE.
IF THIS IS A JUDGMENT IN A CRIMINAL CASE SEND CERTIFIED COPIES TO THE
FOLLOWING:     4 Certified Copies to USM
                   2 Certified Copies to USP
                   1 Copy to Financial
                   1 Copy to O.S.U.

| | |
|---|---|
| Fed Public Defender - | Fax: 314-421-3177 |
| William Margulis -   3744 | Fax: 314-721-1710 |
| Patricia McGarry - | Fax: 314-539-7695 |

SCANNED & FAXED BY:

NOV 15 2001

**MJM**