FILED
DEC 13 2001
U.S. DISTRICT COURT
E. DIST. OF MO
ST. LOUIS

*Granted*
*Trial Continued to March 4, 2002*
*at 9:00 am*
*[signature] 12/13/01*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 4:01 CR 209 CAS (DDN) |
| MAKSYM I. POPOV, | ) |
| Defendant. | ) |

### DEFENDANT'S MOTION TO CONTINUE TRIAL DATE

COMES NOW defendant Maksym I. Popov, by and through counsel Kevin C. Curran, Assistant Federal Public Defender, and moves the Court to continue the trial date of January 7, 2002, The government does not oppose this request. Mr. Popov has a pending indictment in California and may be indicted in Connecticut. The charges relate to the above indictment. Counsel requests additional time to find out what the other jurisdictions intentions are regarding a possible settlement.

Respectfully submitted,

/s/ Kevin C. Curran
KEVIN C. CURRAN
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
(314) 241-1255
ATTORNEY FOR DEFENDANT

46

UNITED STATES DISTRICT COURT EASTERN MISSOURI
INTERNAL RECORD KEEPING


AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 12/13/01 by gbeckeme
        4:01cr209    USA vs Popov


COPIES FAXED AND/OR MAILED TO THE PARTIES LISTED BELOW AND THE
UNITED STATES PROBATION OFFICE AND UNITED STATES PRETRIAL SERVICE OFFICE.
IF THIS IS A JUDGMENT IN A CRIMINAL CASE SEND CERTIFIED COPIES TO THE
FOLLOWING:    4 Certified Copies to USM
              2 Certified Copies to USP
              1 Copy to Financial
              1 Copy to O.S.U.

| | |
|---|---|
| Fed Public Defender - | Fax: 314-421-3177 |
| William Margulis - 3744 | Fax: 314-721-1710 |
| Patricia McGarry - | Fax: 314-539-7695 |

SCANNED & FAXED BY:
DEC 13 2001
C. D. D.