FILED

DEC 1 3 2001

U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>           )<br>     Plaintiff, )<br>           )<br>  v.       )     No. 4:01-CR-209 CAS<br>           )<br>MAKSYM I. POPOV, )<br>           )<br>     Defendant. ) | |

### ORDER

At the request of counsel,

**IT IS HEREBY ORDERED** that the trial setting of this matter scheduled **January 7, 2002, is VACATED**.

**IT IS FURTHER ORDERED** that the trial is **RESET** on the Court's docket for **March 4, 2002, at 9:00 a.m. in Courtroom 12-N.**

_____
CHARLES A. SHAW
**UNITED STATES DISTRICT JUDGE**

Dated this 13th day of December, 2001.



UNITED STATES DISTRICT COURT EASTERN MISSOURI
INTERNAL RECORD KEEPING


AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 12/13/01 by gbeckeme
          4:01cr209    USA vs Popov


COPIES FAXED AND/OR MAILED TO THE PARTIES LISTED BELOW AND THE
UNITED STATES PROBATION OFFICE AND UNITED STATES PRETRIAL SERVICE OFFICE.
IF THIS IS A JUDGMENT IN A CRIMINAL CASE SEND CERTIFIED COPIES TO THE
FOLLOWING:    4 Certified Copies to USM
              2 Certified Copies to USP
              1 Copy to Financial
              1 Copy to O.S.U.

```
 Fed Public Defender -             Fax: 314-421-3177
William Margulis -   3744          Fax: 314-721-1710
Patricia McGarry -                 Fax: 314-539-7695
```

SCANNED & FAXED BY:

DEC 1 3 2001

C. D. D.