FEB 28 2002

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 4:01-CR-209 CAS |
| MAKSYM I. POPOV, | ) | |
| Defendant. | ) | |

## ORDER

At the request of counsel,

**IT IS HEREBY ORDERED** that the trial setting of this matter scheduled March 4, 2002 is **reset to April 1, 2002, at 9:00 a.m.** in Courtroom 12-N.

CHARLES A. SHAW
**UNITED STATES DISTRICT JUDGE**

Dated this 28th day of February, 2002.



UNITED STATES DISTRICT COURT - EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 03/01/02 by gbeckeme
               4:01cr209    USA vs Popov

COPIES FAXED AND/OR MAILED TO THE PARTIES LISTED BELOW AND THE
UNITED STATES PROBATION OFFICE AND UNITED STATES PRETRIAL SERVICE OFFICE.
IF THIS IS A JUDGMENT IN A CRIMINAL CASE SEND CERTIFIED COPIES TO THE
FOLLOWING:    4 Certified Copies to USM
               2 Certified Copies to USP
               1 Copy to Financial
               1 Copy to O.S.U.

| | |
|---|---|
| Fed Public Defender - | Fax: 314-421-3177 |
| William Margulis -   3744 | Fax: 314-721-1710 |
| Patricia McGarry - | Fax: 314-539-7695 |

SCANNED & FAXED BY:
MAR X 1 2002
MJM