FILED
FEB 28 2002
FEB 28 2002
U.S. DISTRICT COURT
E. DIST. OF MO.

No. 4:01 CR 209 CAS

U.S.
vs.
Maksym Popov

**United States District Court**
Eastern District of Missouri
2-25, 20 02

Granted to April 1, 2002
CAS 2/28/02

**MEMORANDUM FOR CLERK**

Comes now defendant Popov, through counsel, and requests the current trial setting of March 4, 2002 be continued. Government does not oppose this request. Defendant needs additional time to resolve related charges in another jurisdiction.

_Helen C. [signature]_
Attorney for Plaintiff
~~Defendant~~

52   51

UNITED STATES DISTRICT COURT - EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 03/01/02 by gbeckeme
          4:01cr209    USA vs Popov

COPIES FAXED AND/OR MAILED TO THE PARTIES LISTED BELOW AND THE
UNITED STATES PROBATION OFFICE AND UNITED STATES PRETRIAL SERVICE OFFICE.
IF THIS IS A JUDGMENT IN A CRIMINAL CASE SEND CERTIFIED COPIES TO THE
FOLLOWING:    4 Certified Copies to USM
              2 Certified Copies to USP
              1 Copy to Financial
              1 Copy to O.S.U.

 Fed Public Defender -              Fax: 314-421-3177
William Margulis -   3744           Fax: 314-721-1710
Patricia McGarry -                  Fax: 314-539-7695

SCANNED & FAXED BY:
MAR X 1 2002
MJM