FILED

MAR 2 6 2002

U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | No. 4:01-CR-209 CAS |
| MAKSYM I. POPOV, ) | |
| Defendant. ) | |

### ORDER

**IT IS HEREBY ORDERED** that the sentencing proceedings of defendant Maksym I. Popov are scheduled on **Tuesday, June 18, 2002 at 9:30 a.m. in Courtroom 12-N.**

_____
CHARLES A. SHAW
**UNITED STATES DISTRICT JUDGE**

Dated this 26th day of March, 2002.



UNITED STATES DISTRICT COURT EASTERN MISSOURI
INTERNAL RECORD KEEPING


AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE FOLLOWING INDIVIDUALS ON 03/27/02 by gbeckeme
              4:01cr209    USA vs Popov


COPIES FAXED AND/OR MAILED TO THE PARTIES LISTED BELOW AND THE
UNITED STATES PROBATION OFFICE AND UNITED STATES PRETRIAL SERVICE OFFICE.
IF THIS IS A JUDGMENT IN A CRIMINAL CASE SEND CERTIFIED COPIES TO THE
FOLLOWING:    4 Certified Copies to USM
                2 Certified Copies to USP
                1 Copy to Financial
                1 Copy to O.S.U.

| | |
|---|---|
| Fed Public Defender - | Fax: 314-421-3177 |
| William Margulis -  3744 | Fax: 314-721-1710 |
| Patricia McGarry - | Fax: 314-539-7695 |